

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 11, 2007**                              **United States Bankruptcy Judge**

---

FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-40313-DML-13 |
| | ) | |
| RANDY L. & JACKIE T. DEEL | ) | |
| | ) | Preliminary Hearing: |
| | ) | |
| Debtors | ) | September 6, 2007 at 9:30 a.m. |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY TO COMMENCE DIVORCE ACTION

CAME ON FOR CONSIDERATION the Motion for Relief from the Automatic Stay to Commence Divorce Action filed by Debtors in the referenced chapter 13 case. The Motion was served upon the Chapter 13 Trustee, and the United States Trustee, and all necessary parties in interest. No objection or response to the Motion was filed by any party in interest or otherwise has been resolved. The Court considered the Motion and the record before the Court and enters the following Orders. It is therefore

**ORDERED** that the Motion for Relief from Automatic Stay to Commence Divorce Action be, and the same hereby is, **GRANTED.** It is further

**ORDERED** that Debtors are authorized to take such steps and execute such documents as may be necessary or appropriate to commence and pursue to final resolution a divorce action under applicable law.

# # # # # END OF ORDER # # # # #